# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Roku, Inc.

                        Plaintiff,

v.                             Case No.:
                             1:25−cv−00203
                             Honorable Matthew
                             F. Kennelly

The Individuals, Corporations, Limited Liability
Companies, Partnerships, and Unincorporated
Associations Identified on the Schedule A to the
Complaint, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 24, 2025:

      MINUTE entry before the Honorable Matthew F. Kennelly: Motion to withdraw appearance of He Cheng as attorney for defendant JUNZHOU Co. Ltd. [70] is granted. Plaintiff's motion for default judgment is set for a telephonic hearing on 4/29/2025 at 9:05 AM, using call−in number 650−479−3207, access code 2305−915−8729. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.